UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Mustafa Jama (5),<br><br>　　　　　　Defendant. | Criminal No. 22-225 (5) (NEB/TNL)<br><br>**ORDER** |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 72). The Government and Pretrial Services do not object to the motion.

Based upon the all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that Defendant's Motion to Modify Conditions of Release (ECF No. 72) is **GRANTED** to the extent set forth herein. Defendant's conditions of release are modified as follows:

1. Defendant may have contact with an immediate family member or blood relative provided that the defendant does not discuss any aspect of this case with such persons.

2. All previously ordered conditions shall remain in effect, except as expressly modified herein.

Dated: November 10, 2022　　　　　　*s/Tony N. Leung*
　　　　　　　　　　　　　　　　　　TONY N. LEUNG
　　　　　　　　　　　　　　　　　　United States Magistrate Judge