# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | |
| Plaintiff, | ) | Case No: 22-cr-225 (5) (NEB/DTS) |
| | ) | Date: July 8, 2026 |
| v. | ) | Courthouse: Minneapolis |
| | ) | Courtroom: 13W |
| MUSTAFA JAMA, | ) | Court Reporter: Renee Rogge |
| | ) | Time Commenced: 2:05 p.m. |
| Defendant. | ) | Time Concluded: 2:35 p.m. |
| | ) | Time in Court: 30 minutes |
| | ) | |

Before Nancy E. Brasel, United States District Judge
APPEARANCES:
    For Plaintiff:    Matthew Murphy, Assistant U.S. Attorney
    For Defendant:    Jason Steck, Retained Attorney

**Interpreter:** Ayderus Ali/Somali

☒ **Sentencing.**
☒ **Objections to the PSR were reviewed on the record.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Plea | BOP | SR |
|---|---|---|---|
| 19 | X | 14 months | 1 year |

  ☒ Special conditions of: **See J&C for special condition.**
  ☒ Restitution in the amount of $1,429,730 is due immediately.
  ☒ Special assessment in the amount of $100.00 due immediately.
  ☒ Counts 13 and 22 of the Indictment are dismissed on motion by the Government.
  ☒ Defendant is released on his bond conditions. Defendant shall voluntarily surrender to her place of confinement on 8/5/26 by 12:00 p.m. If a designation has not been determined by that date or the defendant prefers he may surrender to the US. Marshal Services in Minneapolis, MN on 8/5/26 by 12:00 p.m.

Date: July 8, 2026

s/Kristine Wegner
Courtroom Deputy to Judge Nancy E. Brasel